No. 67, Orig. IDAHO EX REL. ANDRUS, GOVERNOR OF IDAHO, ET AL. *v.* OREGON ET AL. Motion of Izaak Walton League of America, Inc., et al. for leave to file brief as *amici curiae* granted. Motion for leave to file bill of complaint set for oral argument in due course. [For earlier order herein, see 423 U. S. 813.]

No. 74–753. UNITED STATES *v.* TESTAN ET AL., 424 U. S. 392. Motion of respondents to retax costs denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this motion.

No. 75–342. FEDERAL POWER COMMISSION *v.* CONWAY CORP. ET AL. C. A. D. C. Cir. [Certiorari granted, 423 U. S. 945.] Motion of Commonwealth Edison Co. for leave to file a brief as *amicus curiae* denied.

No. 75–1303. QANTAS AIRWAYS, LTD. *v.* FOREMOST INTERNATIONAL TOURS, INC. C. A. 9th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 75–6394. CHILEMBWE *v.* UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT ET AL. Motion for leave to file petition for writ of mandamus denied.

No. 75–1197. MATHEWS, SECRETARY OF HEALTH, EDUCATION, AND WELFARE *v.* DE CASTRO. Appeal from D. C. N. D. Ill. Probable jurisdiction noted.

No. 75–871. MANSON, CORRECTION COMMISSIONER *v.* BRATHWAITE. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.